# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CONSECO LIFE INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 1:14-cv-516-JDL |
| ANTHONY G. VENEZIANO and DEBBIE K. VENEZIANO, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER TO DISTRIBUTE FUNDS AND FOR DISMISSAL WITH PREJUDICE

The parties in this case filed a consent motion for judgment on January 9, 2015, attaching a proposed order. ECF No. 12; ECF No. 12-1. On January 22, I issued an order indicating that I would enter the proposed order if no party objected within 10 days. ECF No. 13. That deadline has expired, and no party has objected. Accordingly, the parties' proposed order is entered as follows:

The Court, having considered the parties' Stipulation and Joint Motion for Entry of Agreed Judgment (the "Motion"), now finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the United States District Court Clerk shall disburse the life insurance proceeds at issue in this matter, plus any accrued interest thereon, as follows:

| Payee | Share of Deposited Funds | Amount Due Hereunder |
|---|---|---|
| Anthony G. Veneziano | 100% | $107,559.46 |
| Debbie K. Veneziano | 0% | $ - 0 - |

IT IS FURTHER ORDERED that the Plaintiff, Conseco Life Insurance Company, is hereby discharged from any further liability under the Policy at issue herein, and for any act, transaction, or occurrence pertaining in any way to this lawsuit or the Policy including, without limitation, any claims for insurance, death benefits, interest, premiums, attorneys' fees, and contractual or extra-contractual claims; and

IT IS FURTHER ORDERED that Conseco Life Insurance Company is fully discharged from any and all claims asserted or assertable herein or related in any way to the Policy, and the Defendants are permanently enjoined from instituting or prosecuting any proceeding against Conseco Life Insurance Company in any state or United States federal court concerning or relating to the Policy; and

IT IS FURTHER ORDERED that this lawsuit and all parties herein are DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED that each party shall bear its own costs incurred herein.

This Order constitutes a FINAL JUDGMENT.

**SO ORDERED.**

Dated:  February 3, 2015        /s/ Jon D. Levy
                                U.S. District Judge